**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:10cv239**

| | |
|---|---|
| **BRIAN K. NEWTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

_____

**J U D G M E N T**

For the reasons set forth in the Memorandum and Order filed

herewith,

**IT IS ORDERED ADJUDGED AND DECREED** that the Plaintiff's

Motion for Summary Judgment is **DENIED**; the Defendant's Motion for

Summary Judgment is **GRANTED**; and the Commissioner's decision is

hereby **AFFIRMED**.  This case is hereby **DISMISSED WITH PREJUDICE**.

Signed: October 26, 2011

Martin Reidinger
United States District Judge